UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LEONARDO MARIN,**

                **Plaintiff,**

**-vs-**                                                                  **Case No.  6:07-cv-461-Orl-31GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S PETITION FOR ATTORNEY'S FEES (Doc. No. 24)** |
| **FILED:** | **April 4, 2008** |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. | |

    On February 28, 2008, a judgment was entered remanding this case to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).  Doc. Nos. 20, 21.  Plaintiff now moves for an award of attorney fees (the "Motion") pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). Plaintiff requests attorney's fees in the amount of $7,340.45, calculated at the rate of $166.45 per hour for the 15.4 hours of work performed by Richard A. Culbertson, Esq. and the 27.8 hours performed by Thomas S. Rice, Esq. in 2007-2008 (totaling $7,340.45). *See* Doc. No. 24.  The Commissioner has not opposed the Motion.

    Accordingly, it is recommended that Plaintiff's Motion be **GRANTED**.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**DONE** and **ORDERED** in Orlando, Florida on April 23, 2008.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE