# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LEONARDO MARIN,**

          **Plaintiff,**

**-vs-**                            Case No. 6:07-cv-461-Orl-31GJK

**COMMISSIONER OF SOCIAL SECURITY,**

          **Defendant.**

---

# ORDER

On April 4, 2008 Plaintiff filed a Petition for Attorney's Fees (Doc. 24) to which Defendant failed to respond. Thus, on April 23, 2008, Magistrate Judge Kelly entered a Report and Recommendation (Doc. 27), recommending that Plaintiff's Petition for Attorney's Fees (Doc. 24) be GRANTED as unopposed. Defendant then filed an objection to the Report (Doc. 28), which reads like a response to Plaintiff's petition and fails to address Defendant's failure to timely respond in the first place. In essence, Defendant inexplicably treats Judge Kelly's Report as an extension of time to respond to Plaintiff's motion. Furthermore, this Court finds that the fees requested by Plaintiff are reasonable. Therefore, upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. Accordingly, it is

    **ORDERED** that:

    1.    The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The Defendant's Objection to the Report and Recommendation is Overruled;

3. The Plaintiff's Petition for Attorney's Fees (Doc. 24) is **GRANTED**; and

4. Judgment shall be entered against Defendant for $7,340.45 in attorneys' fees, to be made payable to Plaintiff's counsel Richard A. Culbertson.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 12, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party